# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ANTHONY L. LONON and** ) | |
| **DEBORAH LONON,** ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff, ) | NO: 1:16-cv-00673-RWS |
| ) | |
| v. ) | |
| ) | |
| **NEFF RENTAL LLC,** ) | |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| **NEFF RENTAL LLC,** ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **L-SCAPES LANDSCAPING, LLC** ) | |
| **d/b/a/ L-SCAPES** ) | |
| ) | |
| Third-Party Defendant. ) | |

## STIPULATION OF DISMISSAL OF THIRD-PARTY COMPLAINT WITH PREJUDICE

COME NOW, Defendant and Third-Party Plaintiff, Neff Rental, LLC ("Neff Rental"), Third-Party Defendant, L-Scapes Landscaping, LLC d/b/a L-Scapes (L-Scapes"), and Plaintiffs Anthony L. Lonon and Deborah Lonon, and pursuant to

Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), hereby stipulate to the dismissal of Neff Rental's third-party complaint against L-Scapes <u>with prejudice</u> in the above-captioned action.

This 19th day of October, 2016.

        **HAWKINS PARNELL THACKSTON & YOUNG, LLP**

        */s/ Kimberly D. Stevens*
        KIMBERLY D. STEVENS
        Georgia Bar No. 680747
        FRANK I. CHAO
        Georgia Bar No. 949116
        *Attorneys for Defendant and Third-Party Plaintiff Neff Rental, LLC*

303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30303
PH: (404) 614-7400
F: (404) 614-7500
kstevens@hptylaw.com
fchao@hptylaw.com

        **SWIFT CURRIE McGHEE & HIERS, LLP**

        */s/ Michael Schroder*
        MICHAEL SCHRODER
        Georgia Bar No. 630075
        KORI ESKRIDGE
        Georgia Bar No. 155438
        *Attorneys for Third-Party Defendant L-Scapes Landscaping, LLC d/b/a L-Scapes*

1355 Peachtree Street
Suite 300

Atlanta, Georgia 30309
PH:  (404) 874-8800
F: (404) 888-6199
mike.schroder@swiftcurrie.com

        **THE LAW OFFICE OF TIFFANY CARTER SELLERS, LLC**

        */s/ Tiffany Carter Sellers*
        TIFFANY CARTER SELLERS
        Georgia Bar No. 152850
        *Attorney for Plaintiffs Anthony L. Lonon and Deborah Lonon*

230 Peachtree Street, NW
Suite 1460
Atlanta, Georgia 30303
PH:  (678) 216-4610
F: (678) 534-3341
tsellers@tiffanysellerslaw.com

## **CERTIFICATE OF FONT**

This is to certify that foregoing document complies with the font and size requirement and is formatted in Times New Roman, 14pt font, as required by L.R. 5.1(C).

This 19th day of October, 2016.

**HAWKINS PARNELL THACKSTON & YOUNG, LLP**

*/s/ Kimberly D. Stevens*
KIMBERLY D. STEVENS
Georgia Bar No. 680747
FRANK I. CHAO
Georgia Bar No. 949116
*Attorneys for Defendant and Third-Party Plaintiff Neff Rental, LLC*

303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30303
PH:  (404) 614-7400
F: (404) 614-7500
kstevens@hptylaw.com
fchao@hptylaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ANTHONY L. LONON** and **DEBORAH LONON,** ) ) ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff, ) | NO: 1:16-cv-00673-RWS |
| ) | |
| v. ) | |
| ) | |
| **NEFF RENTAL LLC,** ) | |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| **NEFF RENTAL LLC,** ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **L-SCAPES LANDSCAPING, LLC** ) **d/b/a/ L-SCAPES** ) | |
| ) | |
| Third-Party Defendant. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the opposing party in the foregoing matter with a copy of the within and foregoing *STIPULATION OF DISMISSAL OF THIRD-PARTY COMPLAINT WITH PREJUDICE* via Electronic Filing System upon the following:

5

THE LAW OFFICE OF TIFFANY CARTER SELLERS, LLC
TIFFANY CARTER SELLERS
*Counsel for Plaintiffs Anthony L. Lonon and Deborah Lonon*
230 Peachtree Street, NW
Suite 1460
Atlanta, Georgia 30303

SWIFT CURRIE McGHEE & HIERS, LLP
Michael Schroder
Kori Eskridge
*Counsel for L-Scapes Landscaping, LLC*
1355 Peachtree Street
Suite 300
Atlanta, Georgia 30309

This 19th day of October, 2016.

HAWKINS PARNELL THACKSTON & YOUNG, LLP

*/s/ Kimberly D. Stevens*
KIMBERLY D. STEVENS
Georgia Bar No. 680747
FRANK I. CHAO
Georgia Bar No. 949116
*Attorneys for Defendant and Third-Party Plaintiff Neff Rental, LLC*

303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30303
PH: (404) 614-7400
F: (404) 614-7500
kstevens@hptylaw.com

11404704v.1